## NORFOLK/NEWPORT NEWS DIVISION
## GUILTY PLEA PROCEEDINGS

Date: 12/11/18
Time Set: 12:00 p.m.
Started: 12:00 pm
Ended: 12:48 pm

Presiding Judge: __Henry Coke Morgan, Jr., SUSDJ__
Court Reporter: _Heidi Jeffreys, OCR_
U.S. Attorney: __Katie Dougherty__
Defense Counsel: __Larry Woodward, Retained__
Courtroom Deputy: __Lori Baxter / Kendra Johnson__
Interpreter: _____

Case No.: __2:18cr163__     Defendant: __STEVEN ERIC KREMER__
( ) in custody     ( ) on bond

____ Deft. agreed to w/draw plea of not guilty to Count(s) ____ and enter a plea of guilty to said Count.
✓ Court inquired re prior plea offers.
✓ Deft. agreed to plea to a criminal information.
✓ Deft. sworn.
✓ Waiver of Indictment filed.
✓ Court fully advised deft. re proceedings and his rights. Deft. acknowledged he understood.
✓ Court explained charge and maximum penalties.
✓ Plea agreement reviewed and filed in open court.
✓ Court inquired re vol. of plea.
✓ Court inquired re threats or promises.
✓ Plea of guilty entered by defendant to Count(s) __1, 2 - CI__
✓ Court explained to defendant that by pleading guilty he waived jury trial.
✓ Defendant satisfied with services of counsel.
✓ Continued for pre-sentence report.
✓ Court advised deft. that by pleading guilty he waived his right of appeal, pursuant to plea agreement.
____ Statement of facts read into the record by _____.
✓ Statement of Facts filed in open court.
✓ Plea of guilty to Count(s) __1, 2 - CI__ accepted by Court.
✓ Court finds defendant GUILTY.
✓ Set for disposition __3/27/19 @ 12:00pm__ in NORFOLK.
✓ Unsigned copy of Sentencing Procedure Order furnished to defendant before Court convened.
✓ Sentencing Procedures Order entered and filed in open court.
✓ Bond set __PR unsecured__ (see conditions next page)   Court cautioned re bail jumping.
✓ Consent Order of Forfeiture entered and filed.
____ Defendant remanded to custody of Marshal.

## STANDARD CONDITIONS OF RELEASE

1) ~~Deft=s. travel is restricted to the State of Virginia~~
2) ~~Deft is directed to refrain from excessive use of alcohol.~~
3) ~~Deft. is directed to refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner.~~
4) ~~Deft. is directed to surrender any passport to the Probation Office.~~
5) ~~Deft. is prohibited from obtaining any passport.~~
6) ~~Defendant shall report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.~~
7) ~~Defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.~~
8) ~~Defendant shall submit to method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and or any form of prohibited substance screening or testing.~~
9) ~~Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services officer or supervising officer.~~
10) ~~Report to the U.S. Probation Office.~~

## SPECIAL CONDITIONS OF RELEASE   *NO SUPERVISION*

(✓) **Travel is restricted**   *to VA, MD, DE and WV during the bond period.*

( ) Deft. is directed to maintain residence.

( ) Deft. is directed to seek and maintain verifiable employment as directed by the Probation Office.

( ) Deft. is directed to report on a regular basis to the Probation Office

( ) Deft. is directed to report to the Office of Probation as directed

( ) Deft. is directed to undergo substance abuse testing and treatment as directed by the Probation Office, at the expense of the defendant.

( ) Deft. is directed to submit to electronic monitoring with time outs as directed by the Probation Office, at the expense of the defendant.

( ) Deft. is directed to refrain from possession a firearm, destructive device, or other dangerous weapon.

( ) Deft. is directed to avoid all contact with alleged victims and/or potential witnesses or co-conspirators.

( ) Deft. is prohibited from committing any offense in violation of federal, state or local law.

( ) Deft. is directed to cooperate with their Court-appointed counsel in the preparation of their defense.

( ) Deft. is directed to provide any requested financial information as directed by the Probation Office.

( ) Deft. is prohibited from opening any new lines of credit without permission of the Probation Office.

( ) Court directs Bond to be executed by deft. and _____

( ) Court directs that deft. be released to the custody of _____

( ) *Passport turned over to USPO in open court.*