## SENTENCING MINUTES
## NORFOLK/NEWPORT NEWS DIVISION

Set: 2:30 p.m.  
Started: 2:38pm  
Ended: 3:25pm  

Date: 5/8/19  
Judge: Henry Coke Morgan, Jr., SUSDJ  
Court Reporter: Carol Naughton, OCR  
U. S. Attorney: Katie Dougherty  
Defense Counsel: Larry Woodward, Retained  
Probation Officer: Leah Greathouse  
Courtroom Deputy: Lori Baxter/Josh Lang  

Case No. 2:18cr163

Defendant: STEVEN ERIC KREMER  
(X) on bond   ( ) in custody

✓ Came on for disposition.  ✓ Deft. sworn.  
___ Govt /Deft motion _____ - Argued  
_____ GRANTED          _____ DENIED  
___ Presentence report reviewed.  
✓ Court ACCEPTS the factual content of PSR as factual findings and the application of guidelines.  
___ Objections heard & rulings made.  
___ Evidence presented   (Witnesses & Exhibits listed on last page)  
✓ Arguments heard  
✓ Statement of defendant heard  
___ Court finds deft. GUILTY as to Count(s) _____ after a plea before a USMJ.

## IMPRISONMENT:

___ Count(s) _____: The deft. shall be committed to the custody of the BOP to be imprisoned for a term of _____. This term consists of ____ months on Count ____ and a term of ____ months on Count ____, all to be served concurrently/consecutively.

___ The deft shall receive credit for time served.  
___ The deft is remanded to the custody of the U. S. Marshal.  
___ The deft shall surrender for service of the sentence at the institution designated by the Bureau of Prisons / U. S. Marshal Service, before _____ on _____, as notified by the U. S. Marshal.

## PROBATION / SUPERVISED RELEASE:

✓ The deft shall be placed on Probation for a term of __3__ years. 3yrs on Ct 1 and Ct 2, to run concurrently. (Plus 12 months home confinement)  
___ Upon release from imprisonment, the deft. shall be on supervised release for a term of ____ years. This term consists of ____ years on Count ____, a term of ____ years on Count ____, all to run concurrently.

## EDUCATION & EMPLOYMENT:

\_\_\_\_\_ The defendant shall obtain his/her GED and develop a skill and/or trade while on supervised release.

\_\_\_\_\_ If at any time the defendant in unemployed for a period of 60 days during his period of supervised release, the Court will order that he be required to obtain vocational training to improve his opportunities for employment.

\_\_\_\_\_ The deft is prohibited from engaging in any occupation where the deft would have access to individuals' personal information, money or accounts.

## ILLEGAL ALIEN:

\_\_\_\_\_ Upon completion of the term of imprisonment, the deft is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security Bureau of Immigration and Customs Enforcement for a deportation review in accordance with established procedures provided by the Immigration and Naturalization Act, T.8 USC, Section 1101, et seq. If deported, the deft shall not re-enter the U.S. without the express permission of the U. S. Attorney General.

\_\_\_\_\_ If at any time the deft illegally reenters the United States during the term of supervised release, his illegal reentry will be a violation of supervised release, as well as a violation of law.

## HOME DETENTION & MONITORING:

__✓__ The deft shall participate in the Home Confinement Program, which shall include electronic monitoring at the deft's expense, for a period not to exceed __12 MONTHS__ consecutive months/~~days~~ as directed by the probation officer. During this time, he shall remain at his place of residence except for employment, obtaining medical attention for himself and family, attending religious services if he be so inclined and other activities approved in advance by the probation officer.

__✓__ The deft shall maintain a telephone at his place of residence without party lines, telephone answering machines, a modem, "call forwarding", "caller ID", "call waiting", portable cordless telephones or any other devices or services that may interfere with the proper functioning of the electronic monitoring equipment for the above period. The deft shall wear an electronic monitoring device, follow electronic monitoring procedures, and pay the cost of electronic monitoring, all as directed by the probation officer.

__✓__ *EM will begin w/ 30 days [or] when it can be set up, whichever occurs first.*

## FINANCIAL PENALTIES:

\_\_\_\_\_ The defendant shall pay a fine of $_____. Interest waived: \_\_\_\_ Yes \_\_\_ No

__✓__ The defendant shall pay a special assessment of $__200.00__ which shall be due and payable immediately and if not immediately paid, may be deducted in installments from the defendant's prison account in accordance with the rules and regulations applicable to such accounts.

__✓__ The defendant shall make restitution pursuant to the plea agreement and /or as set out in the Restitution Judgment in the amount of __$19,469.00__
Interest waived: __✓__ Yes \_\_\_ No *As long as deft. complies w/ Restitution Order.*

__✓__ Restitution Order entered & filed in open Court.

\_\_\_\_\_ Restitution is joint and several with _____

\_\_\_\_\_ It shall be a condition of supervised release that the defendant pays any criminal monetary penalties that remain unpaid at the time of supervised release.

__√__ The Court waives the cost of prosecution, ~~incarceration~~, and supervised release. *except for EM costs*.

\_\_\_\_\_ Consent Order of Forfeiture entered & filed in open Court.

**RECOMMENDATIONS TO THE BUREAU OF PRISONS:**

\_\_\_\_\_ The Court recommends that the defendant be incarcerated_____

\_\_\_\_\_ The Court recommends that while incarcerated:

> \_\_\_\_\_ The defendant shall participate in a substance abuse program.
> \_\_\_\_\_ The defendant shall develop a skill or trade
> \_\_\_\_\_ The defendant shall obtain his / her GED.

__√__ The defendant notified of his rights should he decide to appeal.

__√__ Court noted that the defendant waived the right of appeal in the plea agreement.

\_\_\_\_\_The defendant having been found guilty and sentenced on Count(s) _____ of the Indictment, it is ordered that Count(s) _____ of the Indictment be dismissed in accordance with the terms of the plea agreement and on motion of the United States.

__√__ The defendant is continued on present bond & cautioned re. bail jumping. *(EM to start w/in 30 days)*

**ADDITIONAL COUNTS / COMMENTS:**

_____

_____

| **WITNESSES:** | **EXHIBITS:** |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |